Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNE CHANDLER,<br><br>Defendant. | No. 6:19-PO-0099-JDP<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Johne Chandler, by and through his attorney of record, Assistant Federal Defender Brian Abbington, that the status conference in the above-captioned matter set for May 21, 2019 be continued to June 25, 2019 at 10:00 a.m. Due to an oversight in the Government's office, the paper discovery in this matter was not provided until today and the parties are arranging for the transfer of the video discovery. The additional time is necessary for defense counsel to receive and review the discovery.

Dated: May 14, 2019                     /S/ Susan St. Vincent
                                        Susan St. Vincent
                                        Legal Officer
                                        Yosemite National Park

Dated: May 14, 2019                      /S/ Brian Abbington
                                        Brian Abbington
                                        Assistant Federal Defender, for
                                        Johne Chandler

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the May 21, 2019, status conference for *United States v. Chandler*, Case *6:19-PO-0099-JDP*, is continued to June 25, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 17, 2019                                   _____
UNITED STATES MAGISTRATE JUDGE