| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JOHNE CHANDLER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:19-po-00099-JDP |
|---|---|
| Plaintiff, | |
| vs. | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
| JOHNE CHANDLER, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Johne Chandler, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit her to waive his right to personally appear at all non-substantive proceedings. Mr. Chandler agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

//

//

//

//

Respectfully submitted,

Date:  August 14, 2019        */s/ Original Signature on File*
                              JOHNE CHANDLER


                              HEATHER E. WILLIAMS
                              Federal Defender

Date: August 13, 2019         */s/ Reed Grantham*
                              REED GRANTHAM
                              Assistant Federal Defender
                              Attorney for Defendant
                              JOHNE CHANDLER

ORDER

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived at all non-substantive pretrial proceedings until further order of the court.

IT IS SO ORDERED.

Dated: August 19, 2019

_____
UNITED STATES MAGISTRATE JUDGE