Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number  6:19-po-0099-JDP |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| JOHNE CHANDLER, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice. The Government has been unable to locate a witness we believe to be essential to proving the case beyond a reasonable doubt.

.

Dated:  August 14, 2018          /S/ Susan St. Vincent_____
                                 Susan St. Vincent
                                 Legal Officer
                                 Yosemite National Park

1

1

2                                  ORDER

3         Upon application of the United States, and good cause having been shown therefor, IT IS

4   HEREBY ORDERED that the above referenced matter, *United States v. Chandler*

5   6:17-po-0099-JDP, be dismissed, without prejudice.

6

7   IT IS SO ORDERED.

8   Dated:     August 19, 2019                    _____

9                                                 UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2